UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKESHIA PHILLIPS-MARSHALL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GLOBAL LENDING SERVICES, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-06967-SVK<br><br>**ORDER TO SHOW CAUSE** |

On November 4, 2019, the Court issued an Order denying Plaintiff's application to proceed in forma pauperis ("IFP Application"). Dkt. 4. The Court gave Plaintiff a deadline of December 5, 2019 by which to pay the filing fee. *Id*. As of the date of this Order, Plaintiff has not paid the $400 filing fee. Based on Plaintiff's failure to pay the filing fee, the Court **ORDERS** Plaintiff to show cause why this case should not be dismissed with prejudice under Fed. R. Civ. P. 41(b). If Plaintiff wishes to attempt to proceed with this action, she must pay the $400 filing fee by **January 21, 2020**. Failure to do so will result in this Court ordering that the case be reassigned to a district judge with a recommendation that it be dismissed with prejudice.

**SO ORDERED.**

Dated: January 2, 2020

*[signature: Susan van Keulen]*

SUSAN VAN KEULEN
United States Magistrate Judge