# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKESHIA PHILLIPS-MARSHALL,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL LENDING SERVICES, LLC, et al.,<br><br>Defendants. | Case No. 19-cv-06967-SVK<br><br>**SECOND ORDER TO SHOW CAUSE** |

On October 23, 2019, Lakeshia Phillips-Marshall ("Plaintiff") filed this action against Global Lending Services, LLC; Mark McCall, and Kristen Miller (collectively, "Defendants"). Dkt. 1. Plaintiff also filed a motion for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. 2. On November 4, 2019, the Court denied Plaintiff's IFP Application and ordered her to pay the filing fee by December 5, 2019. Dkt. 4. Plaintiff did not pay the filing fee by December 5, 2019, and on January 2, 2020, the Court issued an Order to Show Cause ("OSC") ordering Plaintiff to show cause why the case should not be dismissed with prejudice by January 21, 2020. Dkt. 8. As of the date of this order, Plaintiff has neither responded to the OSC nor paid the filing fee. Accordingly, the Court **ORDERS** Plaintiff to show cause why her IFP Application should not by denied and why her case should not be dismissed with prejudice. If Plaintiff wishes to proceed with this action, she must either respond to this order or pay the $400 filing fee by **February 11, 2020.** Failure to do so will result in this Court ordering that the case be reassigned to a district judge with a recommendation that it be dismissed with prejudice.

**SO ORDERED.**

Dated: January 28, 2020

SUSAN VAN KEULEN
United States Magistrate Judge